UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

     -against-

JOSEPH GAMBARDELLA,

                  Defendant.

-------------------------------------------------------------X

**NOTICE OF MOTION**

S2 10 CR 674 (KBF)

     **PLEASE TAKE NOTICE** that, upon the accompanying affirmation of Jeffrey Lichtman, Esq., duly sworn to on the 7th day of December, 2011 and the memorandum of law submitted herewith, defendant JOSEPH GAMBARDELLA will move this Court, before the Honorable Katherine B. Forrest, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, on a date and time to be set, for an Order:

     I.     Granting reconsideration of the Court's November 30, 2011 Order concerning the Government's *in limine* motions; and

     II.     Granting such other relief this Court deems just and proper.

Dated:     New York, New York
              December 7, 2011

                     Respectfully submitted,

                     **LAW OFFICES OF JEFFREY LICHTMAN**

                           /S/
                     **JEFFREY LICHTMAN, ESQ. (JL6328)**
                     750 Lexington Ave., Fl. 15
                     New York, NY 10022
                     Ph: (212) 581-1001
                     Fax: (212) 581-4999
                     jhl@jeffreylichtman.com

                     *Counsel for Defendant Joseph Gambardella*

**TO:**

**ARIANNA BERG, ESQ.**
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Clerk of Court (KBF)

## CERTIFICATE OF SERVICE

**JEFFREY LICHTMAN** declares under penalty of perjury:

1.    I am over 18 years old and not a party to this action;

2.    On December 7, 2011, I caused a copy of the **Motion for Reconsideration** and accompanying **Affirmation of Jeffrey Lichtman** in **United States v. Gambardella, 10 CR 674 (KBF)** to be delivered via ECF to:

**ARIANNA BERG, ESQ.**
**ASSISTANT UNITED STATES ATTORNEY**
SOUTHERN DISTRICT OF NEW YORK
ONE SAINT ANDREW'S PLAZA
NEW YORK, NEW YORK 10007

Dated:    New York, New York
          December 7, 2011

_____/S/_____
**JEFFREY LICHTMAN**