UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-

JOSEPH GAMBARDELLA,

                    Defendant.

-------------------------------------------------------------X

**AFFIRMATION**

S2 10 CR 674 (KBF)

      **JEFFREY LICHTMAN**, an attorney duly admitted to practice before this Court,

certifies the following under the penalties of perjury, pursuant to 28 U.S.C. § 1746:

      1.      I am the principal of the Law Offices of Jeffrey Lichtman, located at 750

Lexington Avenue, 15th Floor, New York, New York.  I am the attorney for Joseph Gambardella,

the defendant in the above-captioned case and am fully familiar with the facts and circumstances

herein.

      2.      I respectfully submit this affirmation in support of the defendant's motion for

reconsideration of the Court's November 30, 2011 Order concerning the Government's *in limine*

motions.

3. On information and belief, all of the facts necessary for a determination of this motion are set forth in the accompanying memorandum of law and are incorporated by reference herein.

**WHEREFORE**, for the reasons urged in the memorandum, Mr. Gambardella's motion should be granted in its entirety.

Dated:      New York, New York
            December 7, 2011

_____/S/_____
**JEFFREY LICHTMAN**